United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ENRIQUE MAYA-GARCIA, | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | Civil No. 5:26-cv-00185 |
| | § | |
| DAVID COLE, | § | |
| MIGUEL VERGARA, | § | |
| KRISTI NOEM, | § | |
| and PAM BONDI, | § | |
| *Respondents.* | § | |

## **ORDER**

Before the Court is Respondents' Advisory Relating to the Court's Order in Docket Entry No. 4. Dkt. No. 7. Respondents advised that Petitioner was granted voluntary departure for a period of thirty days, and that the Order of the Immigration Judge became final on March 13, 2026. The Court appreciates Respondents' proper compliance with the Court's Order. However, this action remains pending because neither party has taken further action. Accordingly, Respondents are **ORDERED** to file an advisory by **July 24, 2026**, notifying the Court whether they have effectuated Petitioner's voluntary departure. Should Respondents wish to seek dismissal of this action, they may file their motion to dismiss by **July 24, 2026**.

IT IS SO ORDERED

Signed this June 26, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge